**08 CV 01113**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

GRAMERCY ARGENTINA OPPORTUNITY FUND,
LTD. and PARTNERS GROUP ALTERNATIVE
STRATEGIES PCC LIMITED BLUE KAPPA CELL,

                        Plaintiffs,

           -against-

THE REPUBLIC OF ARGENTINA,

                        Defendant.

------------------------------------------------------------------- x

08 CV

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Plaintiffs Gramercy Argentina Opportunity Fund, Ltd. and Partners Group Alternative Strategies PCC Limited Blue Kappa Cell certify they have no publicly held parent corporation and no publicly held company owns 10% or more of their stock.

Dated: New York, New York
       February 4, 2008

HUGHES HUBBARD & REED LLP

By: _____
    Nicolas Swerdloff (swerdlof@hugheshubbard.com)
    John Fellas (fellas@hugheshubbard.com)
    Russell W. Jacobs (jacobsr@hugheshubbard.com)
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Plaintiffs*

60197180_1.DOC