UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

GRAMERCY EMERGING MARKETS FUND
and PARTNERS GROUP ALTERNATIVE
STRATEGIES PCC LIMITED BLUE KAPPA
CELL,

               Plaintiffs,              08 Civ. 01113 (TPG)

     -against-

THE REPUBLIC OF ARGENTINA,

               Defendant.
--------------------------------------------------------x

## NOTICE OF APPEARANCE

Please take notice that defendant The Republic of Argentina hereby appears in this action

by its undersigned attorney, Jonathan A. Willens LLC, and requests that all notices and papers be

served on its attorney at the address below or through the Court's electronic filing system.


Dated:  New York, New York
       February 8, 2008


                JONATHAN A. WILLENS LLC

By:  _____
       Jonathan A. Willens, Esq. (JW-9180)
       217 Broadway, Suite 707
       New York, New York 10007
       Tel. (212) 619-3749
       Fax: (800) 879-7938
       jawillens@briefworks.com
       *Attorney for the defendant*
       *Republic of Argentina*

To:    Russell W. Jacobs, Esq.
       HUGHES HUBBARD & REED LLP
       One Battery Park Plaza
       New York, New York 10004-1482
       *Attorneys for Plaintiffs*