**HUGHES HUBBARD & REED LLP**
Nicolas Swerdloff (swerdlof@hugheshubbard.com)
John Fellas (fellas@hugheshubbard.com)
Russell W. Jacobs (jacobsr@hugheshubbard.com)
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Plaintiffs*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
GRAMERCY ARGENTINA OPPORTUNITY FUND,
LTD. and PARTNERS GROUP ALTERNATIVE
STRATEGIES PCC LIMITED BLUE KAPPA CELL,

      Plaintiffs,      08 CV 01113

  -against-

THE REPUBLIC OF ARGENTINA,

      Defendant.
---------------------------------------- x

### STIPULATION TO AMEND THE CAPTION

  WHEREAS, plaintiffs Gramercy Emerging Markets Fund and Partners Group Alternative Strategies PCC Limited Blue Kappa Cell filed a complaint on February 4, 2008 asserting claims on bonds issued by the defendant the Republic of Argentina;

  WHEREAS, the caption contains a typographical error such that it sets forth the plaintiffs as Gramercy Argentina Opportunity Fund, Ltd. and Partners Group Alternative Strategies PCC Limited Blue Kappa Cell;

  WHEREAS, the complaint otherwise correctly sets forth the names of the plaintiffs;

60206923_1.DOC

DOCKETED ✓
HUGHES HUBBARD & REED, LLP
Served/Recieved
91938.0001  2/15/05

WHEREAS the parties have consented to amend the caption to correct the typographical error;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned attorneys for the parties, that the caption shall be amended to delete Gramercy Argentina Opportunity Fund, Ltd. as a plaintiff and to add Gramercy Emerging Markets Fund as a plaintiff in the form shown in Appendix A hereto; and

IT IS HEREBY FURTHER STIPULATED AND AGREED that the clerk of court shall be directed to amend the caption in ECF to delete Gramercy Argentina Opportunity Fund, Ltd. as a plaintiff and to add Gramercy Emerging Markets Fund as a plaintiff.

Dated:  New York, New York
        February 12, 2008

HUGHES HUBBARD & REED LLP

By: _____
Nicolas Swerdloff
(swerdlof@hugheshubbard.com)
John Fellas (fellas@hugheshubbard.com)
Russell W. Jacobs
(jacobsr@hugheshubbard.com)

One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Plaintiffs*

JONATHAN A. WILLENS LLC

By: _____
Jonathan A. Willens
(jawillens@briefworks.com)

217 Broadway, Suite 707
New York, New York 10007
(212) 619-3749

*Attorneys for Defendant*

SO ORDERED:

_____
United States District Judge
Dated: August 26, 2008

2

60206923_1.DOC