```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
                                          :
GRAMERCY EMERGING MARKETS                 :
FUND and PARTNERS GROUP                   :
ALTERNATIVE STRATEGIES PCC                :     08 Civ. 1113 (TPG)
LIMITED BLUE KAPPA CELL,                  :
                                          :          ORDER
            Plaintiffs,                   :
                                          :
      - against -                         :
                                          :
                                          :
THE REPUBLIC OF ARGENTINA,                :
                                          :
            Defendant.                    :
------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08

The Clerk of the Court is hereby directed to remove from the docket the stipulation and order dated August 27, 2008 (docket item number 7), and to remove plaintiffs Clarex Limited and Fiscella Holdings Limited from the caption. The order directing the joinder of these plaintiffs was erroneously entered on the docket for this case.

Dated: New York, New York
       August 28, 2008

SO ORDERED

*Thomas P. Griesa*
Thomas P. Griesa
U.S.D.J.